**No. 09-9483. Jerome Julius Brown, Petitioner v. Industrial Bank, et al.**

560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3947, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-9485. Jerome Julius Brown, Petitioner v. Jerry D. Miller.**

560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3941, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 360 Fed. Appx. 164.

**No. 09-9490. Myracle Martynowicz, Petitioner v. Kansas Department of Social and Rehabilitation Services.**

560 U.S. 908, 130 S. Ct. 3313, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3937.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Kansas denied.

Same case below, 201 P.3d 1.

**No. 09-9491. Larry Jamerson, Petitioner v. Greyhound.**

560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3954.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9493. Karl Justin Paige, Petitioner v. Andrew Cuomo, Attorney General of New York, et al.**

560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3997, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9498. Jeffrey M. Murdent, Petitioner v. Minnesota.**

560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 4054.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-9499. Jesus Berrios and Christopher W. Rivera, Petitioners v. New York, et al.**

560 U.S. 908, 130 S. Ct. 3281, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3915.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9500. Randy Brown, Petitioner v. Georgia.**

560 U.S. 908, 130 S. Ct. 3281, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3921.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.